■ In the Matter of STEVEN MOTTA, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Appellant. — Judgment unanimously affirmed (see *People ex rel. Corcoran v Smith*, 105 AD2d 1142). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ In the Matter of EDWARD NESMITH, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Appellant. — Judgment unanimously affirmed (see *People ex rel. Corcoran v Smith*, 105 AD2d 1142). (Appeal from judgment of

Supreme Court, Wyoming County, Newman, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.